|   |   |
|---|---|
| | The Honorable Brian D. Lynch<br>Chapter 7<br>Location: Tacoma |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>ROY MCKAGUE,<br><br>                    Debtor.<br><br>KATHRYN A. ELLIS, as Trustee for the estate of Roy McKague,<br><br>                    Plaintiff,<br><br>vs.<br><br>KITSAP CREDIT UNION, a credit union chartered and doing business in the State of Washington,<br><br>                    Defendant. | No. 19-41061<br><br><br><br><br>Adv. No. 19-04039<br><br>NOTICE REGARDING FINAL ADJUDICATION AND CONSENT |

Plaintiff, Kathryn A. Ellis, in her capacity as Chapter 7 Bankruptcy Trustee for the bankruptcy estate of Roy McKague, by and through the undersigned attorney, states as follows:

1. Plaintiff admits that the proceeding at issue is core, and that the Bankruptcy Court has jurisdiction over the causes of action alleged pursuant to 28 U.S.C. § 157 (b)(2)(A), (E), (F), (H) and (O).

//

//

//

**NOTICE REGARDING FINAL ADJUDICATION AND CONSENT - 1**

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

2. Plaintiff does consent to entry of final orders or judgment by the Bankruptcy Court in this proceeding.

DATED this 5th day of November, 2019.

          /s/ Kathryn A. Ellis
          Kathryn A. Ellis, WSBA #14333
          Attorney for Plaintiff

C:\Shared\OneDrive - Kathryn A Ellis\Shared\KAE\Dox\TRUSTEE\McKague\cmp\adjudication_not.wpd

**NOTICE REGARDING FINAL ADJUDICATION AND CONSENT - 2**

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002